# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**  
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 19-CV-5028

**Roor International BV and Sream, Inc.**

Plaintiff

**vs.**

**Armitage Pulaski Inc. d/b/a Smoke & Vape and Farhan Patel**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Amended Complaint For Injunctive Relief and Damages**

PARTY SERVED: **ARMITAGE PULASKI INC. D/B/A SMOKE & VAPE**

PERSON SERVED: **JOHN DOE (REFUSED NAME), MANAGER**

METHOD OF SERVICE: **Corporate** - By leaving copies with the person identified above who stated they were authorized to accept service.

DATE & TIME OF DELIVERY: **10/20/2019 at 5:15 PM**

ADDRESS, CITY AND STATE: **2003 N PULASKI ROAD, CHICAGO, IL 60639**

DESCRIPTION: **Middle Eastern, Male, 40, 5'7", 200 lbs, Black hair**

**There were 2 employees inside. One of the employee called Farhan. When he hung up the phone he said I cannot give you my name and he tried to hand the papers back to me and told me to take them with me. I left the documents with him and walked away.**

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

Steven A. Stosur, Lic # 117-001119  
Judicial Attorney Services, Inc.  
2100 Manchester Rd., Ste 505  
Wheaton, IL 60187  
(630) 221-9007

SUBSCRIBED AND SWORN to before me on the 22nd day of October, 2019.

*[signature: Joan C. Harenberg]*  
NOTARY PUBLIC

OFFICIAL SEAL  
JOAN C HARENBERG  
NOTARY PUBLIC - STATE OF ILLINOIS  
MY COMMISSION EXPIRES:04/28/21

CLIENT: **Langone, Johnson & Cassidy, LLC**  
FILE #:

Tracking #: **419808**