# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

RooR International BV, et al.,

Plaintiff(s),

v.

Armitage Pulaski, Inc. d/b/a Smoke & Vape,

Defendant(s).

Case No. 19 C 5028
Judge Martha M. Pacold

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

   which ☐ includes       pre–judgment interest.
         ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Default judgment is entered in favor of Plaintiffs RooR International BV and Sream, Inc. and against Defendant Armitage Pulaski, Inc. d/b/a Smoke & Vape in the total amount of $20,447.20.

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Martha M. Pacold on a motion for default judgment.

Date: 10/27/2020                    Thomas G. Bruton, Clerk of Court

                                    /s/ Ruth O'Shea , Deputy Clerk